435 A.2d 647

DeMatto, etc., Appellants, v. Miller, etc., et al.

Miller, etc., Appellant, v. Bell Telephone Co., et al.

Argued March 19, 1980. Mark D. Turetsky, for appellants; Steven E. Speece, for Miller, appellee (at No. 1900); Harry F. Withstandley, for Bell, appellee (at Nos. 1900 and 1901); Sherwood L. Yergey, will not file a brief on behalf of Pottsgrove Township, et al., appellees (at Nos. 1900 and 1901); John O'Rourke, for Shaner, et al., appellees (at No. 1900); William B. Koch, for Rosendale, appellee (at Nos. 1900 and 1901).

608

Before PRICE, CAVANAUGH and WATKINS, JJ.

The order entered August 28, 1979 is affirmed.